IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3110 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| HERMAN PACHECO, | ) | |
| | ) | |
| Defendants. | ) | |

The defendant has moved to continue the trial currently set for January 24, 2011, (filing no. 22), to permit further plea negotiations. The government does not oppose the requested continuance. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 22), is granted.

2) The trial of this case is set to commence at 9:00 a.m. on March 7, 2011 for a duration of five trial days. Jury selection will be at the commencement of trial.

3) Based upon the showing set forth in the defendant's motion and the representations of defendant's counsel, the Court further finds that the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and March 7, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

DATED this 7th day of January, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge